UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH KENT,<br><br>   Plaintiff,<br><br>   -against-<br><br>POOLTOGETHER, INC.; LEIGHTON CUSACK; KAIN WARWICK; STANISLAV KULECHOV; DRAGONFLY DIGITAL MANAGEMENT, LLC; NASCENT US, LLC; MAVEN 11 CAPITAL, BV; GALAXY DIGITAL TRADING HK LIMITED; PARAFI CAPITAL, LP; and COMPOUND LABS, INC.,<br><br>   Defendants. | Case No. 21-CV-6025-FB-CLP |

## **RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned, counsel of record for Defendant Compound Labs, Inc., hereby certifies that Compound Labs, Inc. has no parent corporation or publicly held corporation owning more than 10% of its stock.

Dated: New York, New York
   December 16, 2021

                     */s/ Jason Gottlieb*
                Jason Gottlieb
                Michael Mix
                Alexandra W. Wang
                909 Third Avenue
                New York, New York 10022
                (212) 735-8600

                *Attorneys for Defendant Compound Labs, Inc.*