UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH KENT,<br><br>   Plaintiff,<br><br>  -against-<br><br>POOLTOGETHER, INC.; LEIGHTON CUSACK; KAIN WARWICK; STANISLAV KULECHOV; DRAGONFLY DIGITAL MANAGEMENT, LLC; NASCENT US, LLC; MAVEN 11 CAPITAL, BV; GALAXY DIGITAL TRADING HK LIMITED; PARAFI CAPITAL, LP; and COMPOUND LABS, INC.,<br><br>   Defendants. | Case No. 21-CV-6025-FB-CLP |

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned, counsel of record for Defendant Dragonfly Digital Management, LLC, hereby certifies that Dragonfly Digital Management, LLC has no parent corporation or publicly held corporation owning more than 10% of its stock.

Dated: New York, New York
   December 16, 2021

                 */s/ Jason Gottlieb*
              Jason Gottlieb
              Michael Mix
              Alexandra W. Wang
              909 Third Avenue
              New York, New York 10022
              (212) 735-8600

              *Attorneys for Defendant Dragonfly Digital Management, LLC*