Brian E. Klein
  bklein@waymakerlaw.com
Teresa L. Huggins
  thuggins@waymakerlaw.com
Kevin M. Casey
  kcasey@waymakerlaw.com
WAYMAKER LLP
777 S. Figueroa Street, Suite 2850
Los Angeles, California 90017
Telephone: (424) 652-7800
Facsimile: (424) 652-7850

*Attorneys for Defendant
Nascent US LLC*

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH KENT,<br><br>                Plaintiffs,<br><br>v.<br><br>POOLTOGETHER, INC.; LEIGHTON CUSACK; KAIN WARWICK; STANISLAV KULECHOV; DRAGONFLY DIGITAL MANAGEMENT, LLC; NASCENT US, LLC; MAVEN 11 CAPITAL, BV; GALAXY DIGITAL TRADING HK LIMITED; PARAFI CAPITAL, LP; and COMPOUND LABS, INC.,<br><br>                Defendants. | Case No. 21-cv-6025<br>CLASS ACTION<br>JURY TRIAL DEMANDED<br><br>**CORPORATE DISCLOSURE STATEMENT (FEDERAL RULE OF CIVIL PROCEDURE 7.1) ON BEHALF OF DEFENDANT NASCENT US LLC** |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned, counsel of record for Defendant Nascent US LLC, hereby certifies that Nascent US LLC has no parent corporation or publicly held corporation owning more than 10% of its stock. These representations are made to enable the Court to evaluate possible disqualification or recusal.

Dated: December 16, 2021     WAYMAKER LLP

By: */s/ Brian E. Klein*
    Brian E. Klein
    Attorneys for Defendant Nascent US LLC