UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH KENT,<br><br>                Plaintiff,<br><br>    v.<br><br>POOLTOGETHER, INC.; LEIGHTON CUSACK; KAIN WARWICK; STANISLAV KULECHOV; DRAGONFLY CAPITAL, LLC; NASCENT US, LLC; MAVEN 11 CAPITAL, BV; GALAXY DIGITAL CAPITAL MANAGEMENT, LP; PARAFI CAPITAL, LP; and COMPOUND LABS, INC.,<br><br>                Defendants. | Case No. 21-cv-6025-FB-CLP<br><br>**DEFENDANT POOLTOGETHER, INC.'S CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable the District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, Defendant PoolTogether, Inc., by and through its undersigned attorneys, hereby states that: (i) it has no corporate parent and (ii) no publicly held corporation owns 10% or more of its stock.

[*Remainder of Page Left Intentionally Blank*]

| | |
|---|---|
| DATED: December 17, 2021 | PAUL HASTINGS LLP |
| | By: /s/ Kevin P. Broughel |
| | KEVIN P. BROUGHEL |

KEVIN P. BROUGHEL
kevinbroughel@paulhastings.com
200 Park Avenue
New York, NY 10166
Telephone: 1(212) 318-6000
Facsimile: 1(212) 319-4090

BEHNAM DAYANIM (*pro hac vice* to be submitted)
bdayanim@paulhastings.com
2050 M Street NW
Washington, DC 20036
Telephone: 1(202) 551-1737
Facsimile: 1(202) 551-0237

ANDY LEGOLVAN (*pro hac vice* to be submitted)
andylegolvan@paulhastings.com
4747 Executive Drive, 12th Floor
San Diego, CA 92121
Telephone: 1(858) 458-3006
Facsimile: 1(858) 458-3005

Attorneys for Defendant
POOLTOGETHER, INC.