UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH KENT,<br><br>                Plaintiff,<br><br>      v.<br><br>POOLTOGETHER, INC.; LEIGHTON CUSACK; KAIN WARWICK; STANISLAV KULECHOV; DRAGONFLY DIGITAL MANAGEMENT, LLC; NASCENT US, LLC; MAVEN 11 CAPITAL, BV; GALAXY DIGITAL TRADING HK LIMITED; PARAFI CAPITAL, LP; and COMPOUND LABS, INC.,<br><br>                Defendants. | Case No. 21-CV-6025-FB-CLP<br><br>**DEFENDANT GALAXY DIGITAL TRADING HK LIMITED'S CORPORATE DISCLOSURE STATEMENT** |

       Pursuant to Federal Rule of Civil Procedure 7.1, and to enable the District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, Defendant Galaxy Digital Trading HK Limited, by and through its undersigned attorneys, hereby states that Galaxy Digital Trading HK Limited is a Hong Kong private limited company that is a wholly owned subsidiary of Galaxy Digital UK Limited, a UK company limited by shares.  No parent corporation or publicly held corporation owns more than 10% of its stock.  This representation is made to enable the Court to evaluate possible disqualification or recusal.

[*Remainder of page left intentionally blank*]

Dated: New York, New York
December 17, 2021

                     */s/ Sean Hecker*
                     Sean Hecker
                     Jenna M. Dabbs
                     Justin Horton
                     KAPLAN HECKER & FINK LLP
                     350 Fifth Avenue, 63rd Floor
                     New York, New York 10118
                     Telephone: (212) 763-0883
                     shecker@kaplanhecker.com

                     *Counsel for Galaxy Digital Trading HK Limited*