**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JOSEPH KENT,<br><br>　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>POOLTOGETHER, INC.; LEIGHTON CUSACK; KAIN WARWICK; STANISLAV KULECHOV; DRAGONFLY DIGITAL MANAGEMENT, LLC; NASCENT US, LLC; MAVEN 11 CAPITAL, BV; GALAXY DIGITAL TRADING HK LIMITED; PARAFI CAPITAL, LP; and COMPOUND LABS, INC.,<br><br>　　　　　　　　Defendants. | Case No. 21-CV-6025-FB-CLP<br><br>**DEFENDANT PARAFI CAPITAL LP'S CORPORATE DISCLOSURE STATEMENT** |

　　　　Pursuant to Federal Rule of Civil Procedure 7.1, and to enable the District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, Defendant ParaFi Capital LP, by and through its undersigned attorneys, hereby states that no parent corporation or publicly held corporation owns more than 10% of ParaFi Capital LP's stock. This representation is made to enable the Court to evaluate possible disqualification or recusal.

　　　　　　　　　　　　[*Remainder of page left intentionally blank*]

Dated: New York, New York
December 17, 2021

        /s/ Sean Hecker
Sean Hecker
Jenna M. Dabbs
Justin Horton
KAPLAN HECKER & FINK LLP
350 Fifth Avenue, 63rd Floor
New York, New York 10118
Telephone: (212) 763-0883
shecker@kaplanhecker.com

*Counsel for ParaFi Capital LP*