# GERSTEIN HARROW LLP

Hon. Frederic Block
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

<u>Via ECF</u>

<u>Re: Briefing Schedule for Rule 12 Motions</u> Kent v. PoolTogether, Inc., *No. 21-CV-6025-FB-CLP*

Dear Judge Block,

I write to inform the Court that Plaintiffs and all Defendants who have been served (as well as Stitching Maven 11 Funds, which has agreed to execute a waiver of service) in the above-captioned matter have agreed to the following briefing schedule regarding Defendants' anticipated motions under Federal Rule of Civil Procedure 12:

- Defendants shall serve their motions and memoranda of law on Plaintiffs no later than April 19, 2022.

- Plaintiffs shall serve their responses on Defendants no later than May 19, 2022.

- Defendants shall serve their replies on Plaintiffs and shall file their motions and all memoranda of law no later than 15 days after the date on which Plaintiffs serve their responses.

Plaintiffs are effecting service today on Defendants Dharma Labs, Incorporated, and Ozone Networks, Incorporated. Plaintiffs plan to offer those Defendants an identical briefing schedule and ask that they request that this Court excuse them from the pre-motion-letter process.

> Sincerely,
> Charlie Gerstein
>
> February 16, 2022



**Charlie Gerstein, *Partner***
charlie@gerstein-harrow.com
202-670-4809

810 7th Street NE, Suite 301
Washington, DC 20002
gerstein-harrow.com