## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH KENT,<br><br>        Plaintiff,<br><br>    v.<br><br>POOLTOGETHER, INC.: DHARMA LABS, INC.; OZONE NETWORKS, INC.; LEIGHTON CUSACK; KAIN WARWICK; STANISLAV KULECHOV; DRAGONFLY DIGITAL MANAGEMENT, LLC; NASCENT US, LLC; NASCENT LIMITED PARTNERSHIP; STICHTING MAVEN 11 FUNDS; GALAXY DIGITAL TRADING HK LIMITED, LP; PARAFI CAPITAL, LP; and COMPOUND LABS, INC.,<br><br>        Defendants. | CASE No. 21-CV-6025 (FB) (CLP)<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that John P. Amato, a partner of the firm Thompson Coburn LLP, hereby appears on behalf of defendants Ozone Networks, Inc., d/b/a Open Sea and Dharma Labs, Inc. in the above-captioned action, and demands that all notices given or required to be given and all papers served or required to be served be sent to him at the address below.

Dated: New York, New York
       March 15, 2022

                                      **THOMPSON COBURN LLP**
                                      *Attorneys for Defendants Ozone Networks, Inc., d/b/a*
                                      *Open Sea and Dharma Labs, Inc.*

                                      By:     /s/ John P. Amato
                                              John P. Amato, Esq.

                                      488 Madison Avenue
                                      New York, New York 10022
                                      Telephone:   (212) 478-7200
                                      Facsimile:    (212) 478-7400
                                      E-mail:       jamato@thompsoncoburn.com

7579989_1