# Morrison Cohen LLP

Jason P. Gottlieb
Partner
(212) 735-8837
jgottlieb@morrisoncohen.com

April 19, 2022

**VIA EMAIL AND ECF**

Charles Gerstein
GERSTEIN HARROW LLP
810 7th Street NE, Suite 301
Washington, D.C. 20002
charlie@gerstein-harrow.com

Re: *Kent v. PoolTogether, Inc., et al.*, Case No. 21-CV-6025-FB-CLP

Dear Charlie:

On behalf of Defendant Dragonfly Digital Management, LLC ("Dragonfly"), please find enclosed Dragonfly's Notice of Motion and accompanying memorandum of law to dismiss the Second Amended Complaint (the "Complaint"), or, in the alternative, to strike the Complaint's class allegations.

Pursuant to Section 2.D of the Court's Individual Motion Practices and Rules, I am only e-filing this cover letter at this time. I will e-file all motion papers once the motion is fully briefed.

Respectfully submitted,

/s/ Jason P. Gottlieb

Jason P. Gottlieb

Enclosures

CC:

Jason Harrow
GERSTEIN HARROW LLP
3243B S. La Cienega Blvd.
Los Angeles, CA 90016
jason@gerstein-harrow.com

# MorrisonCohen LLP

April 19, 2022
Page 2


James Crooks
FAIRMARK PARTNERS, LLP
1499 Massachusetts Ave., NW, #113A
Washington, D.C. 20005
jamie@fairmarklaw.com


All Defendants' counsel of record