**PAUL HASTINGS**

1(212) 318-6483
kevinbroughel@paulHastings.com

April 19, 2022

**VIA EMAIL**

Charles Gerstein, Esq.
Gerstein Harrow LLP
611 Pennsylvania Ave SE, Suite 317
Washington DC 20003
charlie@gerstein-harrow.com

Re:   Motion Cover Letter – *Kent v. PoolTogether, Inc.*, No. 21-cv-6025-FB-CLP (E.D.N.Y.)

Dear Mr. Gerstein:

We represent Defendant PoolTogether Inc. in the above referenced matter.  Enclosed please find:

- Notice of Motion (1) to Compel Arbitration, or Alternatively, (2) to Dismiss Plaintiff's Second Amended Complaint, or Alternatively, (3) to Strike Plaintiff's Class Allegations ("Defendant's Motion");
- Memorandum of Law in Support of Defendant's Motion;
- Declaration of Andy LeGolvan with Exhibits 1–6;
- Declaration of Leighton Cusack with Exhibits A, B, and C; and
- Notice of Submission of Electronic Files with the Clerk

Pursuant to Judge Block's Individual Motion Practices and Rules 2(D), a copy of this cover letter is being electronically filed with the Court.

Very truly yours,

*/s/ Kevin P. Broughel*

Kevin P. Broughel
of PAUL HASTINGS LLP

Enclosures

cc:   The Honorable Frederic Block (w/o encls. via ECF)
      All Counsel of Record (w/o encls. via ECF)