

488 Madison Avenue
New York, NY 10022

212 478 7200 main
212 478 7400 fax
tchahnhessen.com

**John P. Amato**
212 478 7380 direct
Jamato@thompsoncoburn.com

April 19, 2022

*Via ECF & E-Mail*

Charles Gerstein
Jason Harrow
Gerstein Harrow LLP
810 7th Street NE, Suite 301
Washington, DC 20002
charlie@gerstein-harrow.com
jason@gerstein-harrow.com

*Re:* Kent v. PoolTogether, Inc., et al., 1:21-CV-6025-FB-CLP


Dear Mr. Gerstein and Mr. Harrow:

On behalf of Defendants Dharma Labs, Inc. and Ozone Networks, Inc. (together, "Dharma"), please find enclosed Dharma's Notice of Motion to Dismiss Plaintiff's Complaint and Memorandum of Law in support of the same.

Pursuant to the Court's Individual Motion Practice and Rules, these documents will be filed, once the motions are fully briefed.

Sincerely,

*/s/ John P. Amato*

John P. Amato
Jonathan Blavin (admitted *pro hac vice*)
Erin Cox (admitted *pro hac vice*)
April Youpee-Roll (admitted *pro hac vice*)
Brandon Teachout (admitted *pro hac vice*)


Enclosures

cc:  All Defendants' counsel via email