UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH KENT,<br><br>        Plaintiff,<br><br>    -against-<br><br>POOLTOGETHER, INC.; DHARMA LABS, INC.; OZONE NETWORKS, INC.; LEIGHTON CUSACK; KAIN WARWICK; STANISLAV KULECHOV; DRAGONFLY DIGITAL MANAGEMENT, LLC; NASCENT US, LLC; NASCENT LIMITED PARTNERSHIP; STICHTING MAVEN 11 FUNDS; GALAXY DIGITAL TRADING HK LIMITED; PARAFI CAPITAL, LP; and COMPOUND LABS, INC.,<br><br>        Defendants. | Case No. 21-CV-6025-FB-CLP<br><br>**NOTICE OF MOTION** |

      PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law dated April 19, 2022, Defendant Compound Labs, Inc. ("Compound") will move before the Honorable Frederic Block, United States District Judge, at the United States District Court for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York 11201, Courtroom 10C, at such date as the Court will determine, for an Order, pursuant to Federal Rules of Civil Procedure Rules 12(b)(1) and 12(b)(6), dismissing the Second Amended Complaint, dated February 15, 2022 (the "Complaint"), filed by Plaintiff Joseph Kent, or, in the alternative, striking the Complaint's class allegations.

      PLEASE TAKE FURTHER NOTICE that pursuant to the Court's order dated February 16, 2022, all answering papers must be served on the undersigned counsel on or before May 19, 2022, and that Compound's reply will be served on or before fifteen days after service of such answering papers.

Dated: New York, New York
       April 19, 2022                       MORRISON COHEN LLP

By:   /s/ Jason Gottlieb
      Jason Gottlieb
      Michael Mix
      Alexandra W. Wang
      909 Third Avenue
      New York, New York 10022
      (212) 735-8600

*Attorneys for Defendant Compound Labs, Inc.*

TO:

Charles Gerstein
GERSTEIN HARROW LLP
810 7th Street NE, Suite 301
Washington, D.C. 20002
charlie@gerstein-harrow.com

Jason Harrow
GERSTEIN HARROW LLP
3243B S. La Cienega Blvd.
Los Angeles, CA 90016
jason@gerstein-harrow.com

James Crooks
FAIRMARK PARTNERS, LLP
1499 Massachusetts Ave., NW, #113A
Washington, D.C. 20005
jamie@fairmarklaw.com