UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH KENT,<br><br>  Plaintiff,<br><br>  v.<br><br>POOLTOGETHER, INC.; DHARMA LABS, INC.; OZONE NETWORKS, INC.; LEIGHTON CUSACK; KAIN WARWICK; STANISLAV KULECHOV; DRAGONFLY DIGITAL MANAGEMENT, LLC; NASCENT US, LLC; NASCENT LIMITED PARTNERSHIP; STICHTING MAVEN 11 FUNDS; GALAXY DIGITAL TRADING HK LIMITED, LP; PARAFI CAPITAL, LP; and COMPOUND LABS, INC.,<br><br>  Defendants. | Case No. 21-cv-6025-FB-CLP |

**NOTICE OF MOTION (1) TO COMPEL ARBITRATION, OR ALTERNATIVELY, (2) TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT, OR ALTERNATIVELY, (3) TO STRIKE PLAINTIFF'S CLASS ALLEGATIONS**

PLEASE TAKE NOTICE that Defendant PoolTogether Inc., by and through undersigned counsel, respectfully moves to compel arbitration of the claim asserted against Defendant in Plaintiff Joseph Kent's Second Amended Complaint ("SAC"), Dkt. No. 63, under the Federal Arbitration Act, 9 U.S.C. § 1 *et seq.*; or alternatively to dismiss Plaintiff's SAC for lack of Article III standing under Federal Rule of Civil Procedure 12(b)(1); or alternatively to dismiss Plaintiff's SAC for failure to state a claim under Rule 12(b)(6); or alternatively to strike Plaintiff's class action allegations under Rule 12(f).

In support of this motion, Defendant submits the accompanying Memorandum of Law and declarations and evidence in support thereof.

| | |
|---|---|
| DATED: April 19, 2022 | PAUL HASTINGS LLP |
| | By: /s/ Kevin P. Broughel |
| | KEVIN P. BROUGHEL |
| | |
| | KEVIN P. BROUGHEL |
| | kevinbroughel@paulhastings.com |
| | 200 Park Avenue |
| | New York, NY 10166 |
| | Telephone: 1(212) 318-6000 |
| | Facsimile: 1(212) 319-4090 |
| | |
| | BEHNAM DAYANIM (*pro hac vice*) |
| | bdayanim@paulhastings.com |
| | 2050 M Street NW |
| | Washington, DC 20036 |
| | Telephone: 1(202) 551-1737 |
| | Facsimile: 1(202) 551-0237 |
| | |
| | ANDY LEGOLVAN (*pro hac vice*) |
| | andylegolvan@paulhastings.com |
| | 4747 Executive Drive, 12th Floor |
| | San Diego, CA 92121 |
| | Telephone: 1(858) 458-3006 |
| | Facsimile: 1(858) 458-3005 |
| | |
| | Attorneys for Defendant |
| | POOLTOGETHER INC. |