# **Exhibit 2**

This video is being submitted to the Court Clerk via a file-transfer procedure