# **<u>Exhibit 6</u>**

This video is being submitted to the Court Clerk via a file-transfer procedure