UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH KENT,<br><br>  Plaintiff,<br><br>  v.<br><br>POOLTOGETHER, INC.; DHARMA LABS, INC.; OZONE NETWORKS, INC.; LEIGHTON CUSACK; KAIN WARWICK; STANISLAV KULECHOV; DRAGONFLY DIGITAL MANAGEMENT, LLC; NASCENT US, LLC; NASCENT LIMITED PARTNERSHIP; STICHTING MAVEN 11 FUNDS; GALAXY DIGITAL TRADING HK LIMITED, LP; PARAFI CAPITAL, LP; and COMPOUND LABS, INC.,<br><br>  Defendants. | Case No. 21-cv-6025-FB-CLP |

**NOTICE OF SUBMISSION OF ELECTRONIC FILES WITH THE CLERK**

Defendant PoolTogether Inc. is submitting Exhibits 2, 3, and 6 to the Declaration of Andy LeGolvan to the Clerk's Office for the Eastern District of New York. The Exhibits consist of three videos in QuickTime Movie (.mov) format. Per the Clerk's instructions, the videos are being submitted via a file-transfer link provided by the Clerk's Office.

| | |
|---|---|
| DATED: April 19, 2022 | PAUL HASTINGS LLP |
| | By: /s/ Kevin P. Broughel |
| |      KEVIN P. BROUGHEL |
| | |
| | KEVIN P. BROUGHEL |
| | kevinbroughel@paulhastings.com |
| | 200 Park Avenue |
| | New York, NY 10166 |
| | Telephone: 1(212) 318-6000 |
| | Facsimile: 1(212) 319-4090 |
| | |
| | BEHNAM DAYANIM (*pro hac vice*) |
| | bdayanim@paulhastings.com |
| | 2050 M Street NW |
| | Washington, DC 20036 |
| | Telephone: 1(202) 551-1737 |
| | Facsimile: 1(202) 551-0237 |
| | |
| | ANDY LEGOLVAN (*pro hac vice*) |
| | andylegolvan@paulhastings.com |
| | 4747 Executive Drive, 12th Floor |
| | San Diego, CA 92121 |
| | Telephone: 1(858) 458-3006 |
| | Facsimile: 1(858) 458-3005 |
| | |
| | Attorneys for Defendant |
| | POOLTOGETHER INC. |