# EXHIBIT 6


**Leighton** 🌊 🏆  08/30/2021
Anywy, @Psycho I'd disconnect and reconnect your wallet. You can do so by clicking the "x" icon in the top right corner of the screen on PoolTogether and then reconnecting


**Psycho**  08/30/2021
I tried that already. First time I tried it and it just reconnected automatically so I tried deleting cookies on the website and tried again and this time manually reconnecting. It connected, I tried depositing and I still get the error


**Leighton** 🌊 🏆  08/30/2021
hmm, that is quite strange. I've never seen it before
Let me try to re-create
Worth noting, gas fees are insane right now on Ethereum anyway