# EXHIBIT 7

**sean_sean** 09/28/2021
trying to add money to a pool, but I keep getting "Unknown Ethereum Address" at the approval step.
Which is strange because I've already added money to a pool with success last week

**Leighton** 🌊🏆 09/28/2021
@sean_sean are you using Coinbase wallet?
That is a known issue with Coinbase Wallet. Could you try disconnecting and then reconnecting your wallet?

**sean_sean** 09/28/2021
@Leighton 🌊🏆 I am yep! I've tried disconnecting and reconnecting, but Ill try one more time

**Leighton** 🌊🏆 09/28/2021
it's an issue with cookies that coinbase wallet is using

**sean_sean** 09/28/2021
ah that was it, I had to clear cookies and local storage, all good now thanks!
👌 1