# EXHIBIT 8

4524659



**Secretary of State**
**Statement and Designation by Foreign Corporation**

S&DC-S/N

IMPORTANT — Read Instructions before completing this form.

Must be submitted with a current **Certificate of Good Standing** issued by the government agency where the corporation was formed. See Instructions.

Filing Fee – $100.00 (for a foreign stock corporation) or
$30.00 (for a foreign nonprofit corporation)

Copy Fees – First page $1.00; each attachment page $0.50;
Certification Fee - $5.00

*Note:* Corporations may have to pay minimum $800 tax to the California Franchise Tax Board each year. For more information, go to *https://www.ftb.ca.gov*.

FILED NH
Secretary of State
State of California

OCT 25 2019

ICC  This Space For Office Use Only

1. **Corporate Name** (Go to www.sos.ca.gov/business/be/name-availability for general corporate name requirements and restrictions.)

   PoolTogether Inc.

2. **Jurisdiction** (State, foreign country or place where this corporation is formed - must match the Certificate of Good Standing provided.)

   Delaware

3. **Business Addresses** (Enter the complete business addresses. Items 3a and 3b cannot be a P.O. Box or "in care of" an individual or entity.)

| | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| a. Initial Street Address of Principal Executive Office - Do not enter a P.O. Box<br>4711 Bradford Street NE | Grand Rapids | MI | 49525 |
| b. Street Address of Principal Office in California, if any - Do not enter a P.O. Box | City (no abbreviations) | CA | Zip Code |
| c. Mailing Address of Principal Executive Office, if different than Item 3a | City (no abbreviations) | State | Zip Code |

4. **Service of Process** (Must provide either Individual OR Corporation.)

   INDIVIDUAL – Complete Items 4a and 4b only. Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is not a corporation) | Middle Name | Last Name | Suffix |
|---|---|---|---|
| b. Street Address (if agent is not a corporation) - Do not enter a P.O. Box | City (no abbreviations) | State CA | Zip Code |

   CORPORATION – Complete Item 4c. Only include the name of the registered agent Corporation.

   c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 4a or 4b

   C T Corporation System

5. **Read and Sign Below** (See instructions. Office or title not required.)

   I am a corporate officer and am authorized to sign on behalf of the foreign corporation.

   _____    Leighton Cusack
   Signature                                      Type or Print Name

S&DC-S/N (REV 06/2019)

2019 California Secretary of State
bizfile.sos.ca.gov

4524659

# Delaware

Page 1

The First State

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY "POOLTOGETHER INC." IS DULY INCORPORATED UNDER THE LAWS OF THE STATE OF DELAWARE AND IS IN GOOD STANDING AND HAS A LEGAL CORPORATE EXISTENCE SO FAR AS THE RECORDS OF THIS OFFICE SHOW, AS OF THE FOURTEENTH DAY OF OCTOBER, A.D. 2019.

AND I DO HEREBY FURTHER CERTIFY THAT THE ANNUAL FRANCHISE TAXES HAVE BEEN ASSESSED TO DATE.



Jeffrey W. Bullock, Secretary of State

7617762  8300
SR# 20197520425

Authentication: 203782158
Date: 10-14-19

You may verify this certificate online at corp.delaware.gov/authver.shtml