# EXHIBIT 9




# California Secretary of State
## Electronic Filing

*bizfile.sos.ca.gov for online filings, searches,*
*business records, and resources.*

## Corporation - Statement of Information

Entity Name:

Entity (File) Number:
File Date:
Entity Type: Corporation
Jurisdiction:
Document ID:

**Detailed Filing Information**

1. Entity Name:

2. Business Addresses:
a. Street Address of Principal Office in California:

b. Mailing Address:

c. Street Address of Principal Executive Office:

3. Officers:
a. Chief Executive Officer:

b. Secretary:



# California Secretary of State
## Electronic Filing

Officers (cont'd):

c. Chief Financial Officer:

4. Director:

Number of Vacancies on the Board of Directors:

5. Agent for Service of Process:

6. Type of Business:

By signing this document, I certify that the information is true and correct and that I am authorized by California law to sign.

Electronic Signature:

Use bizfile.sos.ca.gov for online filings, searches, business records, and resources.