# Exhibit D

**Screenshot taken from Dec. 20, 2021 video recorded by Plaintiff's investigator Brennan Bilberry**

