# Exhibit E

## Leighton Cusack posts on Twitter re: launching and operating the PoolTogether website from his van



