# Exhibit F

5/22/22, 11:23 AM
Case 1:21-cv-06025-FB-CLP   Document 114-3   Filed 06/17/22   Page 2 of 5 PageID #: 924
aavescan - Live and historical rates for Aave

Live and historical Aave rates

# ⊕ Gemini dollar (v2)
0x056fd409e1d7a

## Historical rates



Deposit index shows the actual yield earned on deposits within the selected time period. Includes flash loan and liquidation fees awarded to depositors. Download CSV.

Annualised percentage yield (APY) based on this period: ~3.68%

## Live rates

Deposit rate: 1.24%                Avail. liquidity: 4.8M
Variable borrow: 2.62%             Utilis. rate: 46.3%
Stable borrow: 6.62%               Market size ($): $9M
Market size: 9M

## Flash loans

| Amount | Time | Transaction |
| --- | --- | --- |
| 36K | 3 months ago | 14290088 |

| Amount | Time | Transaction |
| --- | --- | --- |
| 71K | 3 months ago | 14289948 |
| 1.7K | 3 months ago | 14235727 |
| 290K | 3 months ago | 14214091 |
| 4K | 3 months ago | 14170081 |
| 6.6K | 3 months ago | 14165737 |
| 7.8K | 4 months ago | 14146599 |
| 7.8K | 4 months ago | 14059804 |
| 2K | 4 months ago | 14051450 |
| 100K | 4 months ago | 14051407 |
| 100K | 4 months ago | 14051392 |
| 100K | 4 months ago | 14051378 |
| 100K | 4 months ago | 14051357 |
| 4K | 4 months ago | 14045832 |
| 6.5K | 4 months ago | 13979127 |
| 818.28 | 4 months ago | 13964130 |
| 40K | 5 months ago | 13930198 |
| 20K | 5 months ago | 13797985 |
| 88K | 6 months ago | 13723791 |
| 6.2K | 6 months ago | 13689861 |

# Aavescan
Live and historical rates for Aave.

Homepage, About, Contact.

5/22/22, 10:36 AM
aavescan - Live and historical rates for Aave
Case 1:21-cv-06025-FB-CLP   Document 114-3   Filed 06/17/22   Page 4 of 5 PageID #: 926

Live and historical Aave rates

## ⊕ Gemini dollar (v2)
0x056fd409e1d7a

## Historical rates



28 Oct 2021 1.75%

Deposit index

3.61
2.71
1.8
0.902

29 Aug    5 Dec    13 Mar

| 1d | 1w | 1m | 3m | 6m | 1y |

Deposit index shows the actual yield earned on deposits within the selected time period. Includes flash loan and liquidation fees awarded to depositors. Download CSV.

Annualised percentage yield (APY) based on this period: ~3.68%

## Live rates

Deposit rate: 1.24%                 Avail. liquidity: 4.8M
Variable borrow: 2.62%              Utilis. rate: 46.3%
Stable borrow: 6.62%                Market size ($): $9M
Market size: 9M

## Flash loans

| Amount | Time | Transaction |
|---|---|---|
| 36K | 3 months ago | 14290088 |

| Amount | Time | Transaction |
| --- | --- | --- |
| 71K | 3 months ago | 14289948 |
| 1.7K | 3 months ago | 14235727 |
| 290K | 3 months ago | 14214091 |
| 4K | 3 months ago | 14170081 |
| 6.6K | 3 months ago | 14165737 |
| 7.8K | 4 months ago | 14146599 |
| 7.8K | 4 months ago | 14059804 |
| 2K | 4 months ago | 14051450 |
| 100K | 4 months ago | 14051407 |
| 100K | 4 months ago | 14051392 |
| 100K | 4 months ago | 14051378 |
| 100K | 4 months ago | 14051357 |
| 4K | 4 months ago | 14045832 |
| 6.5K | 4 months ago | 13979127 |
| 818.28 | 4 months ago | 13964130 |
| 40K | 5 months ago | 13930198 |
| 20K | 5 months ago | 13797985 |
| 88K | 6 months ago | 13723791 |
| 6.2K | 6 months ago | 13689861 |

# Aavescan
Live and historical rates for Aave.

Homepage, About, Contact.