# Exhibit H

## Investment Projection

| | |
|---|---|
| Investment value | Total days / Business days |
| **$10.00** | 10 / 10 |
| Total interest / earnings | Daily interest rate |
| **$0.00** | 0.004795% |
| Percentage profit | End date |
| **0%** | 30 Oct 2021 |
| | Initial balance |
| | $10.00 |

## Earnings breakdown



| Date / Day | Earnings | Total Earnings | Balance |
|---|---|---|---|
| 21 Oct '21 | $0.00 | $0.00 | $10.00 |
| 22 Oct '21 | $0.00 | $0.00 | $10.00 |
| 23 Oct '21 | $0.00 | $0.00 | $10.00 |
| 24 Oct '21 | $0.00 | $0.00 | $10.00 |
| 25 Oct '21 | $0.00 | $0.00 | $10.00 |
| 26 Oct '21 | $0.00 | $0.00 | $10.00 |
| 27 Oct '21 | $0.00 | $0.00 | $10.00 |
| 28 Oct '21 | $0.00 | $0.00 | $10.00 |
| 29 Oct '21 | $0.00 | $0.00 | $10.00 |
| 30 Oct '21 | $0.00 | $0.00 | $10.00 |
| **Total** | | **$0.00** | **$10.00** |

Calculator is for informational purposes only. Please use it at your own risk. Full disclaimer. Decimals are rounded for figures over 1bn. * indicates part of a week/month/year.

**Disclaimer:** Whilst every effort has been made in building our calculator tools, we are not to be held liable for any damages or monetary losses arising out of or in connection with the use of them. Full disclaimer. These tools are here purely as a service to you, please use them at your own risk.

## How to calculate daily compound interest

Daily compound interest is calculated using a simplified version of the compound interest formula. Multiply your principal amount by one plus the daily interest rate (as a decimal) raised to the power of the number of days you're investing for. Subtract the principal figure from your total if you want just the interest figure.

With some types of investments you might find that your interest is compounded daily, meaning that you're earning interest on both the principal amount and previously accrued interest on a daily basis. This is often the case with day trading and bitcoin and other cryptocurrency trading platforms. With interest being compounded so frequently on a fixed basis, it can mean that the interest you accrue increases quickly, as every day's interest figure is bigger than the previous day.

Note that if you wish to calculate future projections without compound interest, we also have a simple interest calculator.

Let's look at the formula we use for calculating daily compound interest in a bit more detail.

## Formula for daily compound interest

The formula for daily compound interest with a fixed daily interest rate is:

$$A = P(1+r)^t$$

- **A** = the future value of the investment
- **P** = the principal investment amount
- **r** = the daily interest rate (decimal)
- **t** = the number of days the money is invested for

## Example investment

Let's use the example of $1,000 at 0.4% daily for 365 days.

- **P** = 1000
- **r** = 0.4/100 = 0.004
- **t** = 365

**Let's put these into our formula:**

$$A = P(1+r)^t$$

$$A = 1000(1+0.004)^{365}$$

$$A = 1000 * 4.2934377972993$$

$$A = 4293.4377972993$$

To get the total interest, we deduct the principal amount (1000) from the future value. This gives us interest of $3293.44

## Including additional deposits

Our **daily compounding calculator** allows you to add either daily or monthly deposits to your calculation. Note that if you include additional deposits in your calculation, they will be added at the end of each period, not the beginning.

## What is the daily reinvest rate?

The daily reinvest rate is the percentage figure that you wish to keep in the investment for future days of compounding. As an example, you may wish to only reinvest 80% of the daily interest you're receiving back into the investment and withdraw the other 20% in cash.

Let's look at an example. If your initial investment is $5,000 with a 0.5% daily interest rate, your interest after the first day will be $25. If you choose an 80% daily reinvestment rate, $20 will be added to your investment balance, giving you a total of $5020 at the end of day one. The remaining $5 will be withdrawn as cash.

## FAQ - Deduct w/e from time

The option to deduct weekends from the years, months, and days figure you've entered, allows you two options for compounding when excluding weekends. Let's look at each option with an example of a one-year calculation...

> **Yes.** You want to compound for **one year** minus weekends (one year, net of weekends). This means your figure will compound for around **261 BUSINESS days**, with an end date 365 days from your start date, depending on when the weekends fall.

> **No.** You want to compound for **one year**, with weekends excluded from the time (one year on a gross basis). This means your figure will compound for **365 BUSINESS days**, with an end date around 511 days from your start date, depending on when the weekends fall.

Calculator created by [Alastair Hazell](#) and reviewed by [James Whittington](#).

We and our partners share information on your use of this website to help improve your experience.    Do not sell my info    ✕