UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH KENT,<br><br>    Plaintiff,<br><br>    v.<br><br>POOLTOGETHER, INC.; DHARMA LABS, INC.; OZONE NETWORKS, INC.; LEIGHTON CUSACK; KAIN WARWICK; STANISLAV KULECHOV; DRAGONFLY DIGITAL MANAGEMENT, LLC; NASCENT US, LLC; NASCENT LIMITED PARTNERSHIP; STICHTING MAVEN 11 FUNDS; GALAXY DIGITAL TRADING HK LIMITED, LP; PARAFI CAPITAL, LP; and COMPOUND LABS, INC.,<br><br>    Defendants. | Case No. 21-cv-6025-FB-CLP<br><br>**DECLARATION OF KEVIN BROUGHEL IN SUPPORT OF DEFENDANT POOLTOGETHER INC.'S MOTION (1) TO COMPEL ARBITRATION, OR ALTERNATIVELY, (2) TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT, OR ALTERNATIVELY, (3) TO STRIKE PLAINTIFF'S CLASS ALLEGATIONS** |

I, Kevin P. Broughel, declare under penalty of perjury and pursuant to 28 U.S.C. § 1746, as follows:

1.   I am a partner in the law firm of Paul Hastings LLP, attorneys for Defendant PoolTogether, Inc. ("PoolTogether" or "Defendant"), in the above-captioned action.

2.   I submit this declaration in support of PoolTogether's motions to compel arbitration, or alternatively, to dismiss Plaintiff's Second Amended Complaint, or to strike Plaintiff's class allegations.

3.   Attached as Exhibit A are the true and correct copies of the terms popup displayed in *Nicosia v. Amazon.com, Inc.*, 834 F.3d 220, 240–42 (2d Cir. 2016).

4. Attached as Exhibit B are the true and correct copies of the terms popup displayed in *Meyer v. Uber Techs., Inc.*, 868 F.3d 66, 81–82 (2d Cir. 2017).

Dated: New York, NY
       June 17, 2022

*/s Kevin P. Broughel*
Kevin P. Broughel