**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JOSEPH KENT,<br><br>    Plaintiff,<br><br>  v.<br><br>POOLTOGETHER, INC.; DHARMA LABS, INC.; OZONE NETWORKS, INC.; LEIGHTON CUSACK; KAIN WARWICK; STANISLAV KULECHOV; DRAGONFLY DIGITAL MANAGEMENT, LLC; NASCENT US, LLC; NASCENT LIMITED PARTNERSHIP; STICHTING MAVEN 11 FUNDS; GALAXY DIGITAL TRADING HK LIMITED, LP; PARAFI CAPITAL, LP; and COMPOUND LABS, INC.,<br><br>    Defendants. | Case No. 21-cv-6025-FB-CLP<br><br>**NOTICE OF DHARMA LABS, INC. AND OZONE NETWORKS, INC.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT** |

PLEASE TAKE NOTICE that upon the accompanying memorandum of law in support of their Motion to Dismiss Plaintiff's Complaint, dated April 19, 2021, defendants Dharma Labs, Inc. and Ozone Networks, Inc. (together, "Dharma"), by their undersigned attorneys, will and hereby do move this Court, before the Honorable Frederic Block, at the United States Courthouse for the Eastern District of New York, located at 225 Cadman Plaza East Brooklyn, New York 11201, on a date and time to be designated by the Court, for an order dismissing Plaintiff's Complaint for lack of subject matter jurisdiction under Federal Rules of Civil Procedure 12(b)(1) and failure to state a claim under Federal Rule of Civil Procedure 12(b)(6).

DATED:    April 19, 2022

By:   */s/ John P. Amato*
      Jonathan H. Blavin (*admitted pro hac vice*)
      MUNGER, TOLLES & OLSON LLP
      560 Mission Street, Twenty-Seventh Floor
      San Francisco, California 94105-2907
      (415) 512-4000

      Erin J. Cox (*admitted pro hac vice*)
      April Youpee-Roll (*admitted pro hac vice*)
      Brandon Teachout *(admitted pro hac vice)*
      MUNGER, TOLLES & OLSON LLP
      350 South Grand Avenue, Fiftieth Floor
      Los Angeles, California 90071-3426
      (213) 683-9100

      John P. Amato
      THOMPSON COBURN HAHN &
      HESSEN LLP
      488 Madison Ave #14
      New York, NY  10022
      (212) 478-7200


      *Attorneys for Defendants*
      *DHARMA LABS, INC. and*
      *OZONE NETWORKS, INC.*