**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JOSEPH KENT,<br><br>                 Plaintiff,<br><br>      v.<br><br>POOLTOGETHER, INC.; DHARMA LABS, INC.; OZONE NETWORKS, INC.; LEIGHTON CUSACK; KAIN WARWICK; STANISLAV KULECHOV; DRAGONFLY DIGITAL MANAGEMENT, LLC; NASCENT US, LLC; NASCENT LIMITED PARTNERSHIP; STICHTING MAVEN 11 FUNDS; GALAXY DIGITAL TRADING HK LIMITED, LP; PARAFI CAPITAL, LP; and COMPOUND LABS, INC.,<br><br>                 Defendants. | Case No. 21-cv-6025-FB-CLP<br><br>**RULE 7.1 STATEMENT** |

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.1.1, Defendant Ozone Networks, Inc. d/b/a OpenSea ("OpenSea"), by and through its counsel of record, certify that there are no additional interested parties that have a direct, pecuniary interest in the outcome of the case. Further, OpenSea has no parent corporation and there is no publicly held corporation that owns ten (10) percent or more of its stock. Defendant Dharma Labs was acquired by OpenSea in early 2022, and is now a wholly-owned subsidiary of OpenSea. These representations are made to enable judges of the Court to evaluate possible disqualifications or recusal.

DATED:   June 17, 2022

By: */s/ John P. Amato*
Jonathan H. Blavin (*admitted pro hac vice*)
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, California 94105-2907
(415) 512-4000

Erin J. Cox (*admitted pro hac vice*)
April Youpee-Roll (*admitted pro hac vice*)
Brandon Teachout (*admitted pro hac vice*)
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
(213) 683-9100

John P. Amato
THOMPSON COBURN HAHN & HESSEN LLP
488 Madison Ave #14
New York, NY  10022
(212) 478-7200

Attorneys for Defendants
OZONE NETWORKS, INC. and
DHARMA LABS, INC.