

June 17, 2022

1(202) 551-1737
bdayanim@paulhastings.com

**Via ECF**

Honorable Frederic Block
United State District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *Kent v. PoolTogether, et al.*, No. 21-cv-6025-FB-CLP (E.D.N.Y.)

Dear Judge Block:

On behalf of all Defendants in the above-referenced matter, and in accordance with Rule 2(E) of Your Honor's Individual Motion Practices and Rules, Defendants respectfully request that oral argument be scheduled on all Defendants' pending Rule 12 motions to dismiss, motions to compel arbitration (where applicable), and motions to strike Plaintiff's class allegations.

Defendants also enclose a chart that summarizes the basis for each of Defendants' pending motions and the implications for each Defendant if granted. We offer the chart simply as an aid to the Court as it considers the multiple pleadings that have been submitted.

Respectfully submitted,

*/s Behnam Dayanim*

Behnam Dayanim
of PAUL HASTINGS LLP

cc: All counsel of record via ECF

Paul Hastings LLP | 2050 M Street, N.W. | Washington, DC 20036
t: +1.202.551.1700 | www.paulhastings.com



**ARGUMENTS IN DEFENDANTS' MOTIONS TO DISMISS, STRIKE THE CLASS ALLEGATIONS OR COMPEL ARBITRATION**

*Kent v. PoolTogether*, 21-cv-06025-FB-CLP

|  | Kent Should Be Compelled to Arbitrate | Kent Lacks Article III Standing | The Court Lacks Personal Jurisdiction | GOL § 5-423 Does Not Apply to the PoolTogether Protocol | GOL § 5-423 Does Not Provide for Secondary Liability | Kent Did Not Make Any Payment or Delivery to This Defendant | The PoolTogether Token Holders Have Not Formed A General Partnership | The Class Allegations Should Be Struck |
|---|---|---|---|---|---|---|---|---|
| **PoolTogether, Inc.** | x | x |  | x | (not alleged by Plaintiff) | x | (not alleged by Plaintiff) | x |
| **Leighton Cusack** | x | x |  | x | x | x | x | x |
| **Dharma / Ozone** | rights reserved | x |  | x | x | x | (not alleged by Plaintiff) | x |
| **Galaxy / ParaFi / Maven 11** | rights reserved | x | x | x | x | x | x | x |
| **Nascent** |  | x | x | x | x | x | x | x |
| **Dragonfly** |  | x |  | x | x | x | x | x |
| **Compound Labs, Inc.** |  | x |  | x | x | x | (not alleged by Plaintiff) | x |