**KENT  V.  POOLTOGETHER INC.,**

**CV-21-6025**

| | |
|---|---|
| PLAINTIFFS: | Jamie Crooks |
| | Charles Gerstein |

DEFENDANTS:

| | |
|---|---|
| Behnam Dayanim | Pooltogther Inc. |
| Andrew Blackwell | Leighton Cusak |
| Teresa Huggins | Nascent US |
| Sean Hecker | Stitching Maven 11 Capital |
| | ParaFi Capital |
| | Galaxy Ditigal Trading HK Ltd. |
| Jason Gottleib | Compound Labs |
| | Dragonfly Digital Management |
| Jonathan Blavin | Dharma Labs, Inc. |
| | Ozone Networks, Inc. |