Case 1:21-cv-06025-FB-CLP   Document 136   Filed 06/08/23   Page 1 of 1 PageID #: 1116

Clerk's Office
Filed Date: 6/8/2023

U.S. DISTRICT
COURT
EASTERN
DISTRICT OF
NEW YORK
BROOKLYN
OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
JOSEPH KENT,

             Plaintiff,

      -against-

POOLTOGETHER, INC.; DHARMA LABS, INC.;
OZONE NETWORKS, INC.; LEIGHTON CUSACK;
KAIN WARWICK; STANISLAV KULECHOV;
DRAGONFLY DIGITAL MANAGEMENT, LLC;
NASCENT US, LLC; NASCENT LIMITED
PARTNERSHIP; STICHTING MAVEN 11 FUNDS;
GALAXY DIGITAL TRADING HK LIMITED, LP;
PARAFI CAPITAL, LP; and COMPOUND LABS, INC.,

             Defendants.
------------------------------------------------------------ X

JUDGMENT
21-CV-6025-FB-CLP

A Memorandum and Order of Honorable Frederic Block, United States District Judge, having been filed on June 7, 2023, granting the defendants' motions to dismiss on the ground that Kent lacks standing to sue; denying the alternative motions to compel arbitration as moot, *See Deng v. Frequency Elecs*., Inc., 2022 WL 16923999, at *10 (E.D.N.Y. Nov. 14, 2022); ; it is

ORDERED and ADJUDGED that the defendants' motions to dismiss is granted on the ground that Kent lacks standing to sue; that the alternative motions to compel arbitration are denied as moot, *See Deng v. Frequency Elecs., Inc.*, 2022 WL 16923999, at *10 (E.D.N.Y. Nov. 14, 2022); and that Kent is free to pursue his claims in state court, where Article III's limitations on standing do not apply.

Dated: Brooklyn, NY
       June 8, 2023

                                      Brenna B. Mahoney
                                      Clerk of Court


                                      By: */s/Jalitza Poveda*
                                          Deputy Clerk